# EXHIBIT A

UNITED STATES DISTRICT COURT
Southern DISTRICT OF NEW YORK
-----------------------------------------------------------------x

Delores Davis

                                            Plaintiff,

             -against-

The City of New York, et al.,

                                      Defendants.

-----------------------------------------------------------------x

**AUTHORIZATION TO DISCLOSE MEDICAL INFORMATION**

___ Civ. _____ ( )( )

TO: <u>Lincoln Hospital, 234 East 149th Street, Bronx NY 10451</u>
      NAME AND ADDRESS OF MEDICAL PROVIDER

      I authorize the use and disclosure of <u>Delores Davis'</u> health information as described below.

      YOU ARE HEREBY AUTHORIZED to furnish to MICHAEL A. CARDOZO, Corporation Counsel of the City of New York, attorney for the defendants in the above-captioned case, or to his authorized representative, a certified copy of the entire medical or hospital record of <u>Delores Davis</u> (Date of Birth: ■■■■■; SS #: ■■■■■■■) who was examined or treated in your hospital or by you on or about <u>5/14/11</u>.

      The medical record authorized for release includes any and all x-rays of said person and any and all diagnostic tests, studies, or reports of examinations relating to such person.

      I understand that the information in my health record may include information relating to sexually transmitted disease, acquired immunodeficiency syndrome (AIDS), or human immunodeficiency virus (HIV). It may also include information about behavioral or mental health services, and treatment for alcohol, and drug abuse. I only authorize the release of such information to the extent that I have initialed below:

        Sexually transmitted diseases      _____

        AIDS/HIV      _____

        Behavioral or mental health service      _____

        Treatment for alcohol and drug abuse      _____

        May 18, 2011

This information may be disclosed to and used by the following organization:

The Office of the Corporation Counsel
100 Church Street
New York, NY 10007

for the purpose of the defense of this civil litigation only.

    I understand I have the right to revoke this authorization at any time. I understand if I revoke this authorization I must do so in writing and present my written revocation to the health information management department. Unless otherwise revoked, this authorization will expire on the following date, event or condition on the conclusion of the litigation in the above-captioned action. If I fail to specify an expiration date, event or condition, this authorization will expire in six months. I understand that authorizing the disclosure of this health information is voluntary; I can refuse to sign this authorization. I need not sign this form in order to assure treatment. I understand I may inspect or copy the information to be used or disclosed, as provided in 45 CFR 164.524. I understand any disclosure of information carries with it the potential for an unauthorized re-disclosure and the information may not be protected by federal confidentiality rules. If I have questions about disclosure of my health information, I can contact (Name of Medical Provider's Risk Management Office).

Dated:    New York, New York
                August 7, 2012

                                                                _Delores Davis_

STATE OF NEW YORK    )
                                : SS:
COUNTY OF __NY__    )

    On the __7th__ day of __Aug__, 2012 before me personally came and appeared _Delores Davis_, to me known and known to me to be the individual described in and who executed the foregoing instrument, and who duly acknowledged to me that __ executed the same.

                                                     NOTARY PUBLIC

WYLIE M. STECKLOW ESQ.
Notary Public - State of New York
No. 02ST506337
Qualified in New York County
My Comm. Expires Jul. 22, 2006

May 18, 2011